IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION


CHERYL SHELTON                          §
       **Plaintiff**          §
                               §
V.                                      §          **5:06CV203**
                               §
SENIOR LIVING PROPERTIES L.L.C. §
D/B/A PARIS HEALTHCARE CENTER §
       **Defendant**          §


## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.  No objections to the Report and Recommendation were filed.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Defendant's Motion to Compel Arbitration and Stay Proceedings (Dkt. No. 5) is **GRANTED**.  It is further

**ORDERED** that Plaintiff shall arbitrate her claims against Defendant pursuant to the terms of the Enrollment and Arbitration Agreement.  Counsel for Defendant shall notify this Court in writing, no later than sixty days after the arbitration hearing is concluded, of the status of the arbitration proceedings.  It is further

**ORDERED** that all proceedings in this case are stayed pending further Order of the Court.

**IT IS SO ORDERED.**

**SIGNED this 13th day of December, 2006.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE